**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

MELISSA GRAHAM,                          CASE NO.: 0:17-cv-60857
      Plaintiff,

vs.

SEVENTH AVENUE, INC.,
      Defendant.
_____/

<u>**NOTICE OF SETTLEMENT**</u>

      **COMES NOW**, Plaintiff, MELISSA GRAHAM ("Plaintiff"), by and through undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff and Defendant, SEVENTH AVENUE, INC., have come to an amicable settlement agreement.

Date: <u>**June 19, 2017**</u>

<u>**CERTIFICATE OF SERVICE**</u>

      I HEREBY CERTIFY that on this 19th day of June, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              /s/ Christopher W. Boss_____
                              Christopher W. Boss, Esq.
                              FL Bar No.: 13183
                              Boss Law
                              cpservice@protectyourfuture.com
                              9887 4th Street N., Suite 202
                              St. Petersburg, FL 33702
                              Phone: (727) 471-0039
                              Fax: (727) 471-1206
                              *Counsel for Plaintiff*