# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FT. LAUDERDALE DIVISION

MELISSA GRAHAM,                          CASE NO.: 0:17-cv-60857

    Plaintiff,

vs.

SEVENTH AVENUE, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice.

Respectfully submitted,

| /s/ *Christopher Boss* <br> Christopher W. Boss, Esq. <br> (FL Bar #13183) <br> **Boss Law** <br> 9887 Fourth Street North, Suite 202 <br> St. Petersburg, Florida 33702 <br> Phone: (727) 471-0039 <br> Fax: (727) 471-1206 <br> Email: cpservice@protectyourfuture.com <br> *Attorney for Plaintiff* | */s/ Zachary S. Foster* <br> Zachary S. Foster, Esq. <br> (FL Bar # 111980) <br> **QUARLES & BRADY, LLP** <br> 101 East Kennedy Blvd, Suite 3400 <br> Tampa, FL 33602 <br> Office: (813) 387-0300 <br> Fax: (813) 387-1800 <br> Zachary.Foster@quarles.com <br> Donna.Santoro@quarles.com <br> DocktFL@quarles.com <br> *Attorney for Defendant* |
|---|---|

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I HEREBY CERTIFY that on July 10, 2017, I electronically filed the foregoing with the document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the

attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Christopher Boss*
Christopher W. Boss, Esq.

## SERVICE LIST

Zachary S. Foster, Esq.
**QUARLES & BRADY, LLP**
101 East Kennedy Blvd, Suite 3400
Tampa, FL 33602
Zachary.Foster@quarles.com
Donna.Santoro@quarles.com
DocktFL@quarles.com